David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN: 205175)
kaminskid@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant,
I.Q. DATA INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI CRUZ, Individually and On Behalf of All Others Similarly Situated, | Case No. 14-cv-03982 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| I.Q. DATA INTERNATIONAL, INC., | |
| Defendant | |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice as to plaintiff SHERRI CRUZ, and without prejudice as to the putative class members, within 45 days from the date of this notice.

In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

**CARLSON & MESSER LLP**

Dated:  March 2, 2015					By: <u>s/David J. Kaminski</u>
							David J. Kaminski
							Charles R. Messer
							Stephen A. Watkins
							Attorneys for Defendant,
							I.Q.DATA INTERNATIONAL, INC.