UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI CRUZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>　　　　　Defendant. | Case No.  14-cv-03982-HSG<br><br>**ORDER DENYING PARTIES' STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Re: Dkt. No. 21 |

On April 20, 2015, the parties filed a stipulation to dismiss this entire action with prejudice.  Dkt. 21.  The parties stipulate that Plaintiff Sherri Cruz "dismiss[es] without prejudice, the class action claims asserted in the lawsuit."  *Id.*  As no class has been certified in this action, there are no class action claims to be dismissed.  The parties are instructed to amend their stipulation to accurately reflect the dismissal without prejudice of the putative class action claims asserted by Plaintiff in the lawsuit, and the dismissal with prejudice of only Plaintiff's individual claims.

**IT IS SO ORDERED.**

Dated: 4/28/2015

　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge