# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI CRUZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 14-cv-03982-HSG<br><br>[PROPOSED] ORDER RE: STIPULATION TO DISMISS |

The Court has reviewed the Stipulation to Dismiss of Plaintiff SHERRI CRUZ and Defendant I.Q. DATA INTERNATIONAL, INC.  Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice,  and to dismiss without prejudice the putative class action claims asserted by Plaintiff, pursuant to FRCP 41(a)(1)(A(ii), with each party to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED**

Dated:      5/6/2015

_____
UNITED STATES DISTRICT JUDGE